IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Kristine V. Tecson-Gaudiano,

Debtor(s)

Case No: 23-03071
Chapter 13

Judge Deborah L. Thorne

## NOTICE OF MOTION

TO:  Glenn B. Stearns, Chapter 13 Trustee, via electronic notice through ECF
See attached Service List

PLEASE TAKE NOTICE that on February 1, 2024 at 9:45 a.m., I will appear before the Honorable Judge Presiding or any judge sitting in that judge's place, either in courtroom 682 of the Federal Dirksen Building, 219 S. Dearborn, Chicago, Illinois or electronically as described below, and shall present this Motion, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

To appear by Zoom using the internet, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 160 9362 1728. There is no passcode. The meeting ID and passcode can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Christine Thurston

## PROOF OF SERVICE

I hereby certify that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail, or by the methods indicated, on or before December 28, 2023.

By: /s/ Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
Attorney for Debtor
312-818-8008

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-03071<br>Northern District of Illinois<br>Eastern Division<br>Thu Dec 28 16:04:16 CST 2023 | Plains Commerce Bank<br>14841 Dallas Parkway, Suite 350<br>Dallas, TX 75254-7685 | Plains Commerce Bank<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Affirm Inc<br>Attn Bankruptcy<br>30 Isabella St Floor 4<br>Pittsburgh, PA 15212-5862 | Amita Heath<br>PO Box 1259<br>Oaks, PA 19456-1259 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One/Menards<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Collection Professionals (LaSalle)<br>Attn: Bankruptcy 723 First St<br>LaSalle, IL 61301-2535 | Comenity Bk/Ulta<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>PO Box 70379<br>Philadelphia, PA 19176-0379 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Jay Guadiano<br>4926 Montauk Dr<br>Plainfield, IL 60586-4038 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lendclub Bnk<br>Attn: Bankruptcy Attn: Bankruptcy<br>595 Market Street , Suite 200<br>San Francisco, CA 94105-2802 |
| LendingPoint LLC.<br>Attn: Bankruptcy 1201 Roberts Blvd Suite<br>Kennesaw, GA 30144-3612 | Loose Tooth Pediatric Dentist<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>LaSalle, IL 61301-0416 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merchants' Credit Guide Co<br>Attn: Bankruptcy<br>223 West Jackson blvd Suite 700<br>Chicago, IL 60606-6914 | Merchants? Credit Guide Co.<br>209 S La Salle St Ste 900<br>Chicago, IL 60604-1443 | Merrick Bank/CCHoldings<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Plains Commerce Bank<br>3138 E Elwood St<br>Phoenix, Arizona 85034-7210 | Plainscm/tms<br>500 S Broad St Meriden<br>Meriden, CT 06450-6643 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Villa Management<br>7370 N Lincoln Ave Ste A<br>Lincolnwood, IL 60712-1782 |
| Von Maur<br>Attn: Bankruptcy<br>727 Veterans Memorial Parkway<br>Davenport, IA 52806-7604 | Christine Thurston<br>Thurston Law Firm<br>PO Box 4018<br>Itasca, IL 60143-4018 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Kristine V. Tecson-Gaudiano<br>4926 Montauk Dr<br>Plainfield, IL 60586-4038 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Auto Finance<br>Attn: Bankruptcy<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | IL Dept of Revenue<br>PO BOX 19035<br>Springfield, IL 62794-0000 | (d)ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19035<br>SPRINGFIELD, IL 62702, IL 62794 |
| (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates, LLC<br>c/o Bobs Discount Furniture LLC<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Lendingclub Corporation<br>POB 41067<br>Norfolk VA 23541 | VON MAUR<br>6565 BRADY ST<br>DAVENPORT, IA 52806 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, N.A.

End of Label Matrix
Mailable recipients     40
Bypassed recipients      1
Total                   41

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Kristine V. Tecson-Gaudiano,

Debtor(s)

Case No: 23-03071
Chapter 13

Judge Deborah L. Thorne

### MOTION TO MODIFY THE PLAN

NOW COMES the Debtor, Kristine V. Tecson-Gaudiano, by and through her attorney, in support of the debtor's Motion to Modify the Chapter 13 Plan, states as follows:

1. On March 8, 2023, the debtor filed a petition for relief pursuant to Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois.

2. On May 12, 2023, this Honorable Court confirmed the debtor's Chapter 13 Plan of reorganization.

3. The confirmed plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The confirmed plan requires the debtor to make plan payments to the Chapter 13 trustee in the amount of $900.00 for 36 months.

5. The debtor has paid $4,626.38 to the Chapter 13 Trustee thus far.

6. The debtor accrued a default in the instant case because she was out of work and didn't get paid during the summer, so it set her behind on all bills.

7. The debtor is now employed and receiving a regular paycheck, and is able to resume payments to the trustee.

8. The debtor requests that her default be deferred.

9. The debtor has filed the instant case in good faith, and intends to complete the Chapter 13 plan.

WHEREFORE, the Debtor moves this Honorable Court for the following relief:

A. The current default through December 2023 is deferred to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the court deems fair and proper.

Respectfully Submitted,

/s/ Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
312-818-8008
Attorney for Debtor